# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **CRIMINAL COMPLAINT** |
| Jose Corando Soza   PRINCIPAL | Case Number: |
| YOB: 1964 | |
| United States Citizen | **M-19-0786-M** |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 3, 2019__ in __Starr__ County, in the __Southern__ District of __Texas__ defendants(s) did,

*(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact that Jhonnys Alexander Godinez-Suazo, a citizen of Honduras, and Salvador Enrique Leones-Hernandez, a citizen of El Salvador, along with three (3) other subjects, for a total of five (5) who had entered the United States in violation of law, did knowingly move, transport, or attempted to move, or attempted to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Roma, Texas to the point of arrest near Roma, Texas,

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii)      FELONY__

I further state that I am a(n) __U.S. Senior Border Patrol Agent__ and that this complaint is based on the following facts:

On April 3, 2019, a Border Patrol Agent observed foot sign leading from the Rio Grande River bank towards an apartment complex in Roma, Texas. This apartment complex is frequently utilized by human and narcotic smugglers due to it's close proximity to the Rio Grande River. The Agent also noticed a Hummer parked on the road by the apartments. After following the foot sign for a short period, Agents apprehended a group of aliens near the apartment complex.

SEE ATTACHED

Continued on the attached sheet and made a part of this complaint:  [X] Yes  [ ] No

/Approved  Michael Mitchell
NR Potter  4-5-19

_Signature of Complainant_

Julio C. Peña    Senior Patrol Agent  Border
Printed Name of Complainant

April 5, 2019  — 8:15 a.m.       at   **McAllen, Texas**
Date                                    City and State

**Juan F. Alanis**, U. S. Magistrate Judge
Name and Title of Judicial Officer    Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-19-0786-M

RE: Jose Corando Soza

## CONTINUATION:

Later that morning, the same Agent observed the same Hummer leaving the area at a high rate of speed. Upon gaining visual of the occupants of the Hummer, the Agent noticed that multiple passengers were wearing reflective vests. Finding this odd, the Agent proceeded to follow the Hummer. As the Agent attempted to catch up to the Hummer, he noticed the driver of the Hummer making abrupt turns, appearing to the Agent that the driver was attempting to evade or elude him. Based on the collected facts, the Agent conducted a vehicle stop and identified the driver as Jose Corando-Soza, a United States citizen.

The Agent immediately noticed four passengers and questioned them as to their citizenship. After an immigration inspection, it was determined that the passengers were illegally present in the United States without proper documentation to remain within. After searching the vehicle, Agents later found one additional subject, also illegally present in the United States, laying in the cargo area of the Hummer. All subjects were placed under arrest and transported to the Border Patrol Station to be processed accordingly.

## PRINCIPAL STATEMENT:
Jose Corando-Soza was advised of his Miranda Rights and agreed to provide a sworn statement.

Corando stated he received a call from a subject in Mexico and was offered a job to pick up five illegal aliens for $300. Corando stated he picked up the aliens at some apartments that his girlfriend owns and was supposed to transport them to a gasoline station.

## MATERIAL WITNESS STATEMENTS:
Salvador Enrique Leones-Hernandez and Jhonnys Alexander Godinez-Suazo were read their Miranda rights and agreed to provide a sworn statement.

Leones, a citizen of El Salvador, stated he paid $200 for his smuggling arrangements. Leones stated he illegally crossed the river on a raft and was told that someone would be waiting for them in a vehicle. Leones then stated he was instructed to board a truck. Leones stated the driver was wearing a reflective vest.

Leones identified Jose Corando-Soza, through a photo lineup, as the driver of the vehicle.

Godinez, a citizen of Honduras, stated he was to pay a total of $6,000 for his smuggling arrangements. Godinez stated he illegally crossed the river on a raft. Godinez stated the foot-guide told him that a blue Hummer was going to be the pickup vehicle. Once in the United States, Godinez stated that the driver of the Hummer honked and told them to hurry. Godinez also stated that the driver said "hopefully immigration is not around".

Godinez identified Jose Corando-Soza, through a photo lineup, as the driver of the Hummer.